

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00291-CR

The **STATE** of Texas,
Appellant

v.

Richard Michael **DONOHOO**,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 453259
Honorable Celeste Brown, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the part of trial court's order suppressing evidence obtained after appellee Richard Michael Donohoo's arrest is AFFIRMED. The part of the trial court's order that suppresses evidence obtained before Donohoo's arrest is REVERSED. This case is REMANDED to the trial court for further proceedings consistent with this opinion.

SIGNED June 22, 2016.

_____
Luz Elena D. Chapa, Justice